# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 06 C 2233 |
| QUINNMAGNA, LLC, | ) | |
| | ) | Judge Manning |
| Defendant. | ) | |
| | ) | Magistrate Judge Valdez |

## AGREED ORDER OF DISMISSAL

THIS CAUSE COMES to be heard upon the agreement of the parties, embodied in a Settlement Agreement dated as of May 22, 2006 (the "Settlement Agreement") and this court (the "Court") being advised in the premises.

**IT IS HEREBY ORDERED, PURSUANT TO THE AGREEMENT OF THE PARTIES, AS FOLLOWS:**

1. Quinnmagna, LLC ("Quinnmagna") shall make all payments to MAC Funding ("Plaintiff" or "MAC Funding") due under the Settlement Agreement, which payment plan is set forth in the Amortization Schedule attached to the Settlement Agreement as Exhibit "B" and hereto as Exhibit "A."

2. In the event of breach, failure to timely pay, or other default by Quinnmagna of any of the terms of this Agreed Order or the Settlement Agreement, then Plaintiff may send written notice of such breach, default, or failure by either facsimile or overnight mail to

Quinnmagna, LLC, 165 Needham Street, Newton, Massachusetts 02464. Quinnmagna shall then have five (5) business days from the date the written notice is faxed or sent by overnight mail by MAC Funding to Quinnmagna to cure any default or breach. If a cure is not affected within such five (5) business days, MAC Funding shall be free to file with the Court a declaration, setting forth the fact of such breach or default, the giving of notice, and the remaining balance due and owing from Quinnmagna to Plaintiff under this Agreed Order and the Settlement Agreement (which remaining balance will include: (i) the accelerated balance of all remaining payments due under the Settlement Agreement and Subject Agreement (as defined in the Settlement Agreement); (ii) interest at the rate of one and one-half (1 ½%) percent per month as to any late payment; (iii) reasonable attorneys' fees and costs incurred by MAC Funding in connection with enforcement of this Agreed Order and the Settlement Agreement, and (iv) less any payments made by Quinnmagna pursuant to this Settlement Agreement).

Upon the filing of such declaration, this matter shall be reinstated and this Court shall promptly enter judgment against Quinnmagna, for the amount of the remaining balance as set forth in the declaration. However, in the event that any default shall be cured within the five (5) business day period provided above, then the payment schedule herein shall continue in effect.

3. This cause is hereby dismissed without prejudice and with leave for Plaintiff to reinstate this cause to enter judgment as provided in paragraph 2 above. Upon full payment and full compliance by Quinnmagna with the provisions of this Agreed Order, this cause shall then be dismissed with prejudice.

4. This Court shall retain jurisdiction to implement and enforce all of the provisions of this Order and the Settlement Agreement between the parties.

**APPROVED:**

**MAC FUNDING CORPORATION**

By: _____
Rein F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
Attorneys for MAC Funding Corporation
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500

**APPROVED:**

**QUINNMAGNA, LLC**

By: _____
John Quinn, ~~President~~ MNGR.
5-22-06

**ENTER:**

_____

_____
Dated  5/25/06

RFK:ka:cmp
N:\SYS08\5087\Lit\02160010.doc

3

Compound Period: Monthly

Nominal Annual Rate: 9.500%

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 3/20/2006 | $ 287,950.67 | 1 | | |
| 2 | Payment | 3/20/2006 | $ 6,000.00 | 60 | Monthly | 2/20/2011 |

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Usage | 12/20/2006 | $ 2,500.00 | | | |
| Usage | 1/20/2006 | $ 2,500.00 | | | |
| Loan | 3/20/2006 | | | | $ 287,950.67 |
| 1 | 3/20/2006 | $ 6,000.00 | $ - | $ 6,000.00 | $ 281,950.67 |
| 2 | 4/20/2006 | $ 6,000.00 | $ 2,232.11 | $ 3,767.89 | $ 278,182.78 |
| 3 | 5/20/2006 | $ 6,000.00 | $ 2,202.28 | $ 3,797.72 | $ 274,385.06 |
| 4 | 6/20/2006 | $ 6,000.00 | $ 2,172.22 | $ 3,827.78 | $ 270,557.28 |
| 5 | 7/20/2006 | $ 6,000.00 | $ 2,141.91 | $ 3,858.09 | $ 266,699.19 |
| 6 | 8/20/2006 | $ 6,000.00 | $ 2,111.37 | $ 3,888.63 | $ 262,810.56 |
| 7 | 9/20/2006 | $ 6,000.00 | $ 2,080.58 | $ 3,919.42 | $ 258,891.14 |
| 8 | 10/20/2006 | $ 6,000.00 | $ 2,049.55 | $ 3,950.45 | $ 254,940.69 |
| 9 | 11/20/2006 | $ 6,000.00 | $ 2,018.28 | $ 3,981.72 | $ 250,958.97 |
| 10 | 12/20/2006 | $ 6,000.00 | $ 1,986.76 | $ 4,013.24 | $ 246,945.73 |
| 2006 Totals | | $ 60,000.00 | $ 18,995.06 | $ 41,004.94 | |
| 11 | 1/20/2007 | $ 6,000.00 | $ 1,954.99 | $ 4,045.01 | $ 242,900.72 |
| 12 | 2/20/2007 | $ 6,000.00 | $ 1,922.96 | $ 4,077.04 | $ 238,823.68 |
| 13 | 3/20/2007 | $ 6,000.00 | $ 1,890.69 | $ 4,109.31 | $ 234,714.37 |
| 14 | 4/20/2007 | $ 6,000.00 | $ 1,858.16 | $ 4,141.84 | $ 230,572.53 |
| 15 | 5/20/2007 | $ 6,000.00 | $ 1,825.37 | $ 4,174.63 | $ 226,397.90 |
| 16 | 6/20/2007 | $ 6,000.00 | $ 1,792.32 | $ 4,207.68 | $ 222,190.22 |
| 17 | 7/20/2007 | $ 6,000.00 | $ 1,759.01 | $ 4,240.99 | $ 217,949.23 |
| 18 | 8/20/2007 | $ 6,000.00 | $ 1,725.43 | $ 4,274.57 | $ 213,674.66 |
| 19 | 9/20/2007 | $ 6,000.00 | $ 1,691.59 | $ 4,308.41 | $ 209,366.25 |
| 20 | 10/20/2007 | $ 6,000.00 | $ 1,657.48 | $ 4,342.52 | $ 205,023.73 |
| 21 | 11/20/2007 | $ 6,000.00 | $ 1,623.10 | $ 4,376.90 | $ 200,646.83 |
| 22 | 12/20/2007 | $ 6,000.00 | $ 1,588.45 | $ 4,411.55 | $ 196,235.28 |
| 2007 Totals | | $ 72,000.00 | $ 21,289.55 | $ 50,710.45 | |
| 23 | 1/20/2008 | $ 6,000.00 | $ 1,553.53 | $ 4,446.47 | $ 191,788.81 |
| 24 | 2/20/2008 | $ 6,000.00 | $ 1,518.33 | $ 4,481.67 | $ 187,307.14 |
| 25 | 3/20/2008 | $ 6,000.00 | $ 1,482.85 | $ 4,517.15 | $ 182,789.99 |
| 26 | 4/20/2008 | $ 6,000.00 | $ 1,447.09 | $ 4,552.91 | $ 178,237.08 |
| 27 | 5/20/2008 | $ 6,000.00 | $ 1,411.04 | $ 4,588.96 | $ 173,648.12 |
| 28 | 6/20/2008 | $ 6,000.00 | $ 1,374.71 | $ 4,625.29 | $ 169,022.83 |
| 29 | 7/20/2008 | $ 6,000.00 | $ 1,338.10 | $ 4,661.90 | $ 164,360.93 |
| 30 | 8/20/2008 | $ 6,000.00 | $ 1,301.19 | $ 4,698.81 | $ 159,662.12 |
| 31 | 9/20/2008 | $ 6,000.00 | $ 1,263.99 | $ 4,736.01 | $ 154,926.11 |
| 32 | 10/20/2008 | $ 6,000.00 | $ 1,226.50 | $ 4,773.50 | $ 150,152.61 |
| 33 | 11/20/2008 | $ 6,000.00 | $ 1,188.71 | $ 4,811.29 | $ 145,341.32 |



EXHIBIT A

| # | Date | Payment | Interest | Principal | Balance | | |
|---|---|---|---|---|---|---|---|
| 34 | 12/20/2008 | $ 6,000.00 | $ 1,150.62 | $ 4,849.38 | $ 140,491.94 | | 5/24/2006 1:25 PM Page 2 |
| 2008 Totals | | $ 72,000.00 | $ 16,256.66 | $ 55,743.34 | | | |
| 35 | 1/20/2009 | $ 6,000.00 | $ 1,112.23 | $ 4,887.77 | $ 135,604.17 | | |
| 36 | 2/20/2009 | $ 6,000.00 | $ 1,073.53 | $ 4,926.47 | $ 130,677.70 | | |
| 37 | 3/20/2009 | $ 6,000.00 | $ 1,034.53 | $ 4,965.47 | $ 125,712.23 | | |
| 38 | 4/20/2009 | $ 6,000.00 | $ 995.22 | $ 5,004.78 | $ 120,707.45 | | |
| 39 | 5/20/2009 | $ 6,000.00 | $ 955.60 | $ 5,044.40 | $ 115,663.05 | | |
| 40 | 6/20/2009 | $ 6,000.00 | $ 915.67 | $ 5,084.33 | $ 110,578.72 | | |
| 41 | 7/20/2009 | $ 6,000.00 | $ 875.41 | $ 5,124.59 | $ 105,454.13 | | |
| 42 | 8/20/2009 | $ 6,000.00 | $ 834.85 | $ 5,165.15 | $ 100,288.98 | | |
| 43 | 9/20/2009 | $ 6,000.00 | $ 793.95 | $ 5,206.05 | $ 95,082.93 | | |
| 44 | 10/20/2009 | $ 6,000.00 | $ 752.74 | $ 5,247.26 | $ 89,835.67 | | |
| 45 | 11/20/2009 | $ 6,000.00 | $ 711.20 | $ 5,288.80 | $ 84,546.87 | | |
| 46 | 12/20/2009 | $ 6,000.00 | $ 669.33 | $ 5,330.67 | $ 79,216.20 | | |
| 2009 Totals | | $ 72,000.00 | $ 10,724.26 | $ 61,275.74 | | | |
| 47 | 1/20/2010 | $ 6,000.00 | $ 627.13 | $ 5,372.87 | $ 73,843.33 | | |
| 48 | 2/20/2010 | $ 6,000.00 | $ 584.59 | $ 5,415.41 | $ 68,427.92 | | |
| 49 | 3/20/2010 | $ 6,000.00 | $ 541.72 | $ 5,458.28 | $ 62,969.64 | | |
| 50 | 4/20/2010 | $ 6,000.00 | $ 498.51 | $ 5,501.49 | $ 57,468.15 | | |
| 51 | 5/20/2010 | $ 6,000.00 | $ 454.96 | $ 5,545.04 | $ 51,923.11 | | |
| 52 | 6/20/2010 | $ 6,000.00 | $ 411.06 | $ 5,588.94 | $ 46,334.17 | | |
| 53 | 7/20/2010 | $ 6,000.00 | $ 366.81 | $ 5,633.19 | $ 40,700.98 | | |
| 54 | 8/20/2010 | $ 6,000.00 | $ 322.22 | $ 5,677.78 | $ 35,023.20 | | |
| 55 | 9/20/2010 | $ 6,000.00 | $ 277.27 | $ 5,722.73 | $ 29,300.47 | | |
| 56 | 10/20/2010 | $ 6,000.00 | $ 231.96 | $ 5,768.04 | $ 23,532.43 | | |
| 57 | 11/20/2010 | $ 6,000.00 | $ 186.30 | $ 5,813.70 | $ 17,718.73 | | |
| 58 | 12/20/2010 | $ 6,000.00 | $ 140.27 | $ 5,859.73 | $ 11,859.00 | | |
| 2010 Totals | | $ 72,000.00 | $ 4,642.80 | $ 67,357.20 | | | |
| 59 | 1/20/2011 | $ 6,000.00 | $ 93.88 | $ 5,906.12 | $ 5,952.88 | | |
| 60 | 2/20/2011 | $ 6,000.00 | $ 47.12 | $ 5,952.88 | $ - | | |
| 2011 Totals | | $ 12,000.00 | $ 141.00 | $ 11,859.00 | | | |
| Grand Totals | | $ 360,000.00 | $ 72,049.33 | $ 287,950.67 | | | |

Last interest amount decreased by 0.01 due to rounding.